*Matthew J. Collins*, special public defender, in support of the petition.

*Melissa Patterson*, assistant state's attorney, in opposition.

Decided February 17, 2011

---

STATE OF CONNECTICUT *v.* ANTHONY CARTER

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 527 (AC 30281), is denied.

*Anthony Carter*, pro se, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided February 23, 2011

---

SAMUEL DAVIS *v.* COMMISSIONER OF CORRECTION

The petitioner Samuel Davis' petition for certification for appeal from the Appellate Court, 125 Conn. App. 449 (AC 30572), is denied.

*Michael D. Day*, special public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided February 23, 2011

---

CELIN G. REIZFELD *v.* LEONARD C. REIZFELD

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 782 (AC 31075), is denied.